Certificate Number: 03088-PAE-DE-033980113

Bankruptcy Case Number: 19-16454



03088-PAE-DE-033980113

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 21, 2020, at 11:28 o'clock AM CST, Ellen M Park completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   January 21, 2020

By:    /s/Doug Tonne

Name:  Doug Tonne

Title:  Counselor