Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020  
**Chapter 13 Case No. 19-16454-AMC**

Ellen Mae Park  
216 Little Avenue  
West Grove  PA    19390

Petition Filed Date: 10/15/2019  
341 Hearing Date: 11/22/2019  
Confirmation Date: 04/01/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 11/19/2019 | $320.00 | | 12/26/2019 | $320.00 | 19039505566 | 01/28/2020 | $320.00 | |
| 02/25/2020 | $320.00 | | 03/23/2020 | $320.00 | | 04/22/2020 | $320.00 | |
| 05/18/2020 | $320.00 | | 06/18/2020 | $320.00 | | 07/23/2020 | $320.00 | |

**Total Receipts for the Period: $2,880.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $2,880.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | AMERICAN HONDA FINANCE CORP »» 001 | Secured Creditors | $6,103.17 | $0.00 | $6,103.17 |
| 2 | ORAL SURGERY ASSOCIATES »» 002 | Unsecured Creditors | $365.00 | $0.00 | $365.00 |
| 3 | JEFFERSON CAPITAL SYSTEMS LLC »» 003 | Unsecured Creditors | $694.63 | $0.00 | $694.63 |
| 4 | PA HOUSING FINANCE AGENCY »» 004 | Mortgage Arrears | $5,756.40 | $0.00 | $5,756.40 |
| 0 | ROSS, QUINN & PLOPPERT, P.C. | Attorney Fees | $3,149.00 | $2,324.80 | $824.20 |

**Chapter 13 Case No. 19-16454-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $2,880.00 | Current Monthly Payment: | $363.00 |
| Paid to Claims: | $2,324.80 | Arrearages: | $43.00 |
| Paid to Trustee: | $267.20 | Total Plan Base: | $16,717.00 |
| Funds on Hand: | $288.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.