Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021  
**Chapter 13 Case No. 19-16454-AMC**

Ellen Mae Park  
216 Little Avenue  
West Grove  PA    19390

Petition Filed Date: 10/15/2019  
341 Hearing Date: 11/22/2019  
Confirmation Date: 04/01/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/28/2020 | $320.00 | | 02/25/2020 | $320.00 | | 03/23/2020 | $320.00 | |
| 04/22/2020 | $320.00 | | 05/18/2020 | $320.00 | | 06/18/2020 | $320.00 | |
| 07/23/2020 | $320.00 | | 08/24/2020 | $320.00 | | 09/23/2020 | $320.00 | |
| 10/22/2020 | $360.00 | | 12/01/2020 | $360.00 | | 01/15/2021 | $360.00 | |
| 02/22/2021 | $360.00 | | 03/22/2021 | $360.00 | | 04/16/2021 | $360.00 | |
| 05/21/2021 | $360.00 | | | | | | | |

**Total Receipts for the Period: $5,400.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $6,040.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | AMERICAN HONDA FINANCE CORP »» 001 | Secured Creditors | $6,103.17 | $1,220.98 | $4,882.19 |
| 2 | ORAL SURGERY ASSOCIATES »» 002 | Unsecured Creditors | $365.00 | $0.00 | $365.00 |
| 3 | JEFFERSON CAPITAL SYSTEMS LLC »» 003 | Unsecured Creditors | $694.63 | $0.00 | $694.63 |
| 4 | PA HOUSING FINANCE AGENCY »» 004 | Mortgage Arrears | $5,756.40 | $1,151.62 | $4,604.78 |
| 0 | ROSS, QUINN & PLOPPERT, P.C. | Attorney Fees | $3,149.00 | $3,149.00 | $0.00 |

**Chapter 13 Case No. 19-16454-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $6,040.00 | Current Monthly Payment: | $363.00 |
| Paid to Claims: | $5,521.60 | Arrearages: | $513.00 |
| Paid to Trustee: | $518.40 | Total Plan Base: | $16,717.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.