## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Ellen Mae Park aka Ellen Lackey<br>                              Debtor(s) | CHAPTER 13 |
| PENNSYLVANIA HOUSING FINANCE AGENCY,<br>its successors and/or assigns<br>                              Movant<br>              vs. | |
| Ellen Mae Park aka Ellen Lackey<br>                              Debtor(s) | NO. 19-16454 AMC |
| Scott F. Waterman<br>                              Trustee | 11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Motion for Relief from Stay of PENNSYLVANIA HOUSING FINANCE AGENCY, which was filed with the Court on or about **August 1, 2022** under document No. 31.

Respectfully submitted,

/s/ Rebecca A. Solarz, Esq.

_____

Rebecca A. Solarz, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
Phone: (215)-627-1322

Dated: 8/2/2022