| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
**Chapter 13 Case No. 19-16454-AMC**

Ellen Mae Park
629 Shropshire Drive
West Chester  PA    19382

Petition Filed Date: 10/15/2019
341 Hearing Date: 11/22/2019
Confirmation Date: 04/01/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/16/2021 | $360.00 | | 05/21/2021 | $360.00 | | 06/18/2021 | $360.00 | |
| 07/16/2021 | $360.00 | | 08/23/2021 | $360.00 | | 09/17/2021 | $360.00 | |
| 10/18/2021 | $360.00 | | 11/22/2021 | $360.00 | | 12/20/2021 | $360.00 | |
| 01/24/2022 | $360.00 | | 03/07/2022 | $363.00 | | 04/04/2022 | $363.00 | |
| 05/05/2022 | $363.00 | | 06/07/2022 | $363.00 | | 07/06/2022 | $363.00 | |

**Total Receipts for the Period:  $5,415.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $10,735.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | AMERICAN HONDA FINANCE CORP »» 001 | Secured Creditors | $6,103.17 | $3,428.99 | $2,674.18 |
| 2 | ORAL SURGERY ASSOCIATES »» 002 | Unsecured Creditors | $365.00 | $0.00 | $365.00 |
| 3 | JEFFERSON CAPITAL SYSTEMS LLC »» 003 | Unsecured Creditors | $694.63 | $0.00 | $694.63 |
| 4 | PA HOUSING FINANCE AGENCY »» 004 | Mortgage Arrears | $5,756.40 | $3,234.21 | $2,522.19 |
| 0 | ROSS, QUINN & PLOPPERT, P.C. | Attorney Fees | $3,149.00 | $3,149.00 | $0.00 |

**Chapter 13 Case No. 19-16454-AMC**

### SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $10,735.00 | Current Monthly Payment: | $363.00 |
| Paid to Claims: | $9,812.20 | Arrearages: | $900.00 |
| Paid to Trustee: | $922.80 | Total Plan Base: | $16,717.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.