THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Ellen Park                        :        Chapter 13
            Debtor            :        Case No.: 19-16454-amc

## CERTIFICATE OF SERVICE

I, Joseph Quinn, Esquire, Counsel for Debtor, hereby certify that a true and correct copy of the Motion to Modify the Chapter 13 Plan (Post-Confirmation), along with Notice of Motion and proposed modified Chapter 13 plan filed on February 3, 2023, have been served upon the following by the means stated:

*Via Electronic Filing (ECF) on February 3, 2023:*

Leon P. Haller, Esquire on behalf of Pennsylvania Housing Finance Agency
lhaller@pkh.com, dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com

Brian Craig Nicholas, Esquire on behalf of Pennsylvania Housing Finance Agency
bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

Scott F. Waterman, Chapter 13 Trustee
ECFMail@ReadingCh13.com

*Via First Class United States Mail on February 3, 2023:*

All other creditors on the mailing matrix not noticed by way of ECF.

                                                **ROSS, QUINN & PLOPPERT, P.C.**

                                                By: */s/ Joseph Quinn*
                                                    Joseph Quinn, Esquire
                                                    Attorney I.D. 307467
                                                    Ross, Quinn & Ploppert, P.C.
                                                    192 S. Hanover Street, Suite 101
                                                    Pottstown, PA  19464
                                                    Ph: (610) 323-5300
                                                    F:  (610) 323-6081

Dated: February 3, 2023