IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Ellen Mae Park, | : | Chapter 13 |
| Debtor | : | No. : 19-16454-amc |

## **CERTIFICATE OF NO RESPONSE**

The undersigned does hereby certify:

1. That I am the attorney for Ellen Mae Park, Debtor in the above-captioned matter.

2. That a motion to modify the plan was filed with the Court on February 3, 2023.

3. That a copy of the Motion, along with the proposed modified plan and Notice of Motion were served on parties in interest on February 3, 2023.

4. That a certificate of service was filed with the court on February 3, 2023 declaring timely service to the above-referenced parties.

5. A response to the Motion was due on or before February 24, 2023.

6. No response to said Motion has been received as of February 28, 2023.

 

ROSS, QUINN & PLOPPERT, P.C.

BY:    */s/ Joseph Quinn*
      Joseph Quinn, Esquire
      Attorney I.D. No. 307467
      192 S. Hanover Street, Suite 101
      Pottstown, PA  19464
      T: (610) 323 - 5300
      F: (610) 323 - 6081

Date: February 28, 2023
      JQuinn@rqplaw.com