**UNITED STATES BANKRUPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re:  Ellen Mae Park, | \| | Chapter 13 |
| Debtor(s) | \| | BK No. 19-16454-amc |

## CERTIFICATE OF NO RESPONSE

The undersigned does hereby certify:

1. That I am the attorney for Ellen Mae Park, debtor in the above-captioned matter.

2. That a copy of the Supplemental Application for Compensation filed with the Court on February 23, 2023 along with the Notice of Application and Certificate of Service were timely served on parties in interest on February 23, 2023.

3. A response deadline to the application was due on or before March 16, 2023.

4. As of March 20, 2023, no response to said Application has been received.

**ROSS, QUINN & PLOPPERT, P.C.**

By: */s/ Joseph L. Quinn*
Joseph L. Quinn, Esquire
Attorney for Debtor
Attorney I.D. No. 307467
192 S. Hanover Street, Suite 101
Pottstown, PA 19464
Ph: (610) 323-5300

Dated: March 20, 2023