United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Ellen Mae Park  
    Debtor

Case No. 19-16454-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2  
Date Rcvd: Apr 25, 2023      Form ID: 138OBJ      Total Noticed: 21

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 27, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ellen Mae Park, 629 Shropshire Drive, West Chester, PA 19382-2231 |
| 14405472 | ++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088 address filed with court:, American Honda Finance, 201 Little Falls Dr, Wilmington, DE 19808 |
| 14405473 | + | American Web Loans, 2128 N. 14th Street, Suite 1 #130, Ponca City, OK 74601-1831 |
| 14405475 | + | Chester County Ob/Gyn Asscts, 915 Old Fern Hill Road, Suite 600, West Chester, PA 19380-3421 |
| 14405476 | + | Clarity Finance, PO Box 8, Princeton, ME 04668-0008 |
| 14405477 | + | Cynthia Trentacosti DDS, MS, 600 E. Marshall Street, Suite 106, West Chester, PA 19380-4443 |
| 14405480 | + | Manuel Ferreira, MD, 915 Old Fern Hill Road, Suite D600, West Chester, PA 19380-3421 |
| 14415200 | + | Oral Surgery Assoc. of Chester County, 600 E. Marshall Street, Suite 106, West Chester PA 19380-4443 |
| 14405482 | | Penn Medicine, Patient Pay, PO Box 824406, Philadelphia, PA 19182-4406 |
| 14449062 | + | Pennsylvania Housing Finance Agency, c/o Rebecca A Solarz, Esquire, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14444561 | + | Ross, Quinn & Ploppert, P.C., 192 S. Hanover Street, Suite 101, Pottstown, PA 19464-6096 |
| 14405483 | + | Tower Health Urgent Care, 1139 Ben Franklin Highway W, Douglassville, PA 19518-1850 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 25 2023 23:49:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 25 2023 23:49:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14410802 | | Email/Text: ebnbankruptcy@ahm.honda.com | Apr 25 2023 23:49:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 14405474 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 25 2023 23:54:48 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 14405478 | + | Email/Text: bknotice@ercbpo.com | Apr 25 2023 23:49:00 | Enhanced Recovery Co L, Po Box 57547, Jacksonville, FL 32241-7547 |
| 14405479 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Apr 25 2023 23:54:44 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 14405481 | + | Email/Text: blegal@phfa.org | Apr 25 2023 23:49:00 | PA Housing Finance Agency, 2101 N Front Street, Harrisburg, PA 17110-1086 |
| 14443683 | + | Email/Text: blegal@phfa.org | Apr 25 2023 23:49:00 | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14437417 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 25 2023 23:49:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |

TOTAL: 9

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Apr 25, 2023 | Form ID: 138OBJ | Total Noticed: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 27, 2023        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 25, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Pennsylvania Housing Finance Agency bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| JOSEPH L QUINN | on behalf of Debtor Ellen Mae Park CourtNotices@rqplaw.com |
| LEON P. HALLER | on behalf of Creditor Pennsylvania Housing Finance Agency lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Ellen Mae Park
      Debtor(s)

Case No: 19−16454−amc
Chapter: 13

___

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

      900 Market Street
      Suite 400
      Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 4/25/23

52 − 49
Form 138OBJ